# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-1085**  Case Manager: **Monica M. Page**

Case Name: **Mich. Dept. of EGLE vs. Gerald R. Ford Int'l Airport Authority**

Is this case a cross appeal? ☐ Yes  ☑ No
Has this case or a related one been before this court previously? ☐ Yes  ☑ No
If yes, state:
 Case Name: _____  Citation: _____
 Was that case mediated through the court's program? ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> The Airport Authority is taking this appeal against EGLE (the Michigan Department of Environment, Great Lakes, and Energy) and against the Michigan Attorney General. This appeal is about jurisdiction, specifically whether the district court erred in remanding this case to state court when removal was proper under 28 U.S.C. § 1442(a)(1), which authorizes the removal by persons acting under a federal officer or agency. The Airport Authority was acting under the direction, supervision, and control of the Federal Aviation Administration (FAA) in conducting the activities complained of in the underlying complaint. The district court agreed that the Airport Authority had set forth a viable government contractor defense. But despite that agreement, the district court erred in ruling that FAA's involvement—which included mandating the type and formulation of fire-fighting foam to be used by the Airport Authority and mandating how, when, and where that foam was to be used by the Airport Authority—was not sufficient to render the Airport Authority's activities being conducted under a federal officer or agency. Additionally, similar cases brought by the State of Michigan and by other states, also raising environmental claims arising from the usage of this firefighting foam, are already in federal court, where they have already been consolidated into ongoing multi-district litigation.

**This is to certify that a copy of this statement was served on opposing counsel of record this** **15th** **day of** **February**, **2024**.

**Aaron D. Lindstrom**
Name of Counsel for Appellant