NO. 24-1085

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY, and ATTORNEY GENERAL DANA NESSEL, on behalf of the People of the State of Michigan,

*Plaintiffs-Appellees*

*v.*

GERALD R. FORD INTERNATIONAL AIRPORT AUTHORITY,

*Defendant-Appellant*

**First Motion for Extension of Time to File Appellant's Brief**

Appellant Gerald R. Ford International Airport Authority respectfully moves for a 60-day extension of time to file its opening brief in this matter. Fed. R. App. P. 26(b); 6th Cir. R. 26. The brief is currently due April 1, 2024, and the extension, if granted, would make the new due date May 31, 2024. The Airport Authority has not sought or received any prior extensions in this appeal.

This extension is sought primarily because of the ongoing mediation that began on February 29 and will continue on April 4, 2024. Undersigned counsel's obligations in other appeals and matters, including in the Fifth Circuit, in the Michigan Court of Appeals, in

Michigan circuit court, and in a federal monitorship for the U.S. Department of Commerce, along with the press of other business, are further good cause for this request for an extension of time to file the Airport Authority's opening brief. Additionally, undersigned counsel will undergo a minor surgery on March 14 that will also detract from his ability to meet the current deadline.

This extension will not prejudice the State appellees, as they will be able to proceed in the underlying litigation in state court. This appeal challenges a remand of the underlying suit to state court. *See* 28 U.S.C. § 1442(a)(1) & § 1447(d). Because the state court has declined the Airport Authority's motion for a stay of proceedings during this appeal, the State appellees will be able to continue to pursue their suit against the Airport Authority in state court during this appeal.

This request is not made for purposes of delay, but rather to ensure the Court receives a well-developed brief in this matter and to allow the parties to focus on the mediation.

Respectfully submitted,

Dated: March 12, 2024

/s/ Aaron D. Lindstrom
Aaron D. Lindstrom
BARNES & THORNBURG LLP
171 Monroe Ave NW, Ste. 1000
Grand Rapids, Michigan 495503
(616) 742-3974
Aaron.Lindstrom@btlaw.com

*Counsel for Appellant*
*Gerald R. Ford International Airport Authority*